## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Wilfredo Torres

_____

Write the full name of each plaintiff.

-against-

The Blackstone Group

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_24_ cv _1291_

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Intentional sabotage of an on-going civil-rights lawsuit.

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
           (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Wilfredo Torres
_____
First Name                    Middle Initial              Last Name

470 Second Avenue  Apt. 2A
_____
Street Address

New York, N.Y. 10016
_____
County, City                          State                    Zip Code


_____        _____
Telephone Number                          Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

The Blackstone Group, et al
_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)
345 Park Avenue
_____
Current Work Address (or other address where defendant may be served)
New York, N.Y. 10154
_____
County, City                     State                Zip Code

Defendant 2:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                     State                Zip Code

Defendant 3:

_____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                     State                Zip Code

Defendant 4: _____

First Name                        Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State                Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 470 Second Avenue, New York, N.Y. 10016

Date(s) of occurrence: 12-15-2023 to 2-08-2024

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached sheet.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

n/a

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Payment of ten-million dollars ($10,000,000.00); order the defendant to stop sabotaging

my on-going civil-rights lawsuit by stealing my mail.

## V.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

February 20, 2024

Dated                                          Plaintiff's Signature

Wilfredo Torres

First Name                    Middle Initial          Last Name

470 Second Avenue, Apt. 2A, New York, N.Y. 10016

Street Address

County, City                              State                    Zip Code

212-447-1737

Telephone Number                          Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**Attached Sheet:**

1---I am the plaintiff of civil rights lawsuits SDNY 19CV6332, and others, about warrantless raids of my apartment by the American Stasi domestic assassinations program of the CIA.

2---On various occasions my landlord, The Blackstone Group, has attempted to sabotage my lawsuits by stealing my mail.

3---I have unsuccessfully attempted to persuade The Blackstone Group to stop this practice. Exhibit 1.

4---I have also filed lawsuits against it such as SDNY 18CV6434, SDNY 23CV0123, and SDNY 23CV7832.

5---On 12-15-2023 the Blackstone Group again intercepted and stole an envelope of legal mail sent to me and held it until 2-08-2024.

6---In so doing, The Blackstone Group violated my right to due process of law and interfered with my pending court cases.


**Wilfredo Torres**

Telephone: 212-447-1737

Dated: February 20, 2024

 

# M Gmail

## Stolen Mail

2 messages

**Don Genaro** <radiante11111@gmail.com>
To: schwarzman@blackstone.com

Wed, Jul 25, 2018 at 8:52 PM

July 25, 2018

The Blackstone Group
Attn. Stephen A. Schwarzman,
Chief Executive Officer
345 Park Avenue
New York, N.Y. 10154

Dear Mr. Schwarzman:

In January 2017 your company purchased the apartment complex where I live, Kips Bay Court.

I was already the plaintiff of civil rights lawsuit 16CV2362 in the Southern District of New York federal court against the former owner, Bellevue South Associates (BSA).

During BSA's ownership their employees tried to intimidate and prevent me from prosecuting the case by stealing my mail, especially documents sent by other defendants.

Your company continued the employment of these individuals despite being aware of my lawsuit and the role played by BSA employees such as Elijah Smalls who as Superintendent is also in charge of all mail delivery operations in the complex.

Your company ignored my complaints about your employees stealing my mail, and preserving an illegal coal oven and chimney, as an attempt to intimidate and prevent me from prosecuting case 16CV2362.

I recently filed lawsuit 18CV6434 against your company.

Today at about 4:00 PM one of your employees gave me an Overnight Delivery envelope of about 300 pages sent on May 9, 2018 by one of the defendants in case 16CV2362.

Please, stop stealing my mail.

Wilfredo Torres
470 Second Avenue  Apt.2A
New York, N.Y. 10016
Tel. 212-447-1747

cc:

David Sorise

**Don Genaro** <radiante11111@gmail.com>
To: David Sorise <dsorise@pinnacleliving.com>

Wed, Jul 25, 2018 at 8:52 PM